IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA M. FORD                                                                                                      PLAINTIFF

v.                                  NO 4:06cv00770 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, the final determination of the Commissioner is hereby affirmed and Plaintiff's complaint is dismissed, with prejudice. Judgment shall be entered accordingly.

IT IS SO ORDERED this 29th day of January, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE